1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com

7  Attorneys for Plaintiff, ORLANDO GARCIA

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10 | ORLANDO GARCIA,                        | Case No.: 2:20-cv-09485-GW-SK
11 |        Plaintiff,                      |
12 |   v.                                   | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**
13 | 760 E. COLORADO BLVD., LLC, a California Limited Liability Company; |
14 | JINTANA'S KANOM THAI, a California Corporation, |
15 |        Defendants.                     |

16     The plaintiff hereby notifies the court that a provisional settlement has been
17 reached in the above-captioned case. The Parties would like to avoid any additional
18 expense while they focus efforts on finalizing the terms of the settlement and reducing it
19 to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all
20 currently set dates with the expectation that the settlement will be consummated within
21 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice
22 as to all parties to be filed.

23
                           CENTER FOR DISABILITY ACCESS
24

25 Dated: November 16, 2020     /s/ Amanda Seabock
26                              Amanda Seabock
                                Attorney for Plaintiff
27

28