| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282 |
| | Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082 |
| 4 | Amanda Seabock, Esq., SBN 289900 |
| | 8033 Linda Vista Road, Suite 200 |
| 5 | San Diego, CA 92111 |
| 6 | (858) 375-7385; (888) 422-5191 fax |
| | amandas@potterhandy.com |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | **Case:** 2:20-cv-09485-GW-SK |
| Plaintiff, | |
| v. | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| 760 E. COLORADO BLVD., LLC, a California Limited Liability Company; JINTANA'S KANOM THAI, a California Corporation, | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants 760 E. Colorado Blvd., LLC and Jintana's Kanom Thai has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 16, 2020        CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

1